IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18-CV-497-WKW |
| ) | [WO] |
| MICHAEL PARRISH and ) | |
| CHAMBERS COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 6) is ADOPTED. Accordingly, it is ORDERED that all claims against Defendant Chambers County Jail (also named as Chambers County Detention Facility in the body of the complaint) are DISMISSED with prejudice, that Defendant Chambers County Jail is DISMISSED as a defendant, and that this action is referred back to the Magistrate Judge for additional proceedings.

DONE this 28th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE